**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Eugene REED, Defendant– Appellant.**

**No. 00–7388.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Larry Eugene Reed, pro se. Michael R. Smythers, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Larry Eugene Reed appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on

the reasoning of the district court. *United States v. Reed,* Nos. CR–96–22; CA–99– 154–4 (E.D. Va. filed Sept. 7, 2000, entered Sept. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*